U.S. Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| KELSEY DAVIS, | CASE NO. C09-5414 FDB-JRC |
|---|---|
| Plaintiff, | |
| | ORDER TO EXTEND TIME TO SUBMIT REPLY BRIEF AND AMEND SCHEDULING ORDER |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, IT IS HEREBY ORDERED that the Scheduling Order entered December 22, 2009 is amended as follows:

Plaintiff's Reply Brief is due by March 15, 2010.

Oral argument, if desired, shall be requested by March 22, 2010.

DATED this 3rd day of March, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER TO EXTEND TIME AND AMEND SCHEDULING
ORDER   C09-5414 FDB-JRC - 1