1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

12

KELSEY A. DAVIS,

13
                    Plaintiff,

14          v.

15   MICHAEL J. ASTRUE, Commissioner of
     Social Security,

16
                    Defendant.

17

CASE NO.  C09-5414 RBL

ORDER ADOPTING REPORT
AND RECOMMENDATION
DISMISSING PLAINTIFF'S
CLAIM FOR DISABILITY
BENEFITS

18

19        The Magistrate Judge recommends that the Court should conclude that Kelsey A. Davis was

20   properly denied social security benefits because application of the proper legal standard and

21   substantial evidence support the Administrative Law Judge's (ALJ) finding that Plaintiff is not

22   disabled.  Plaintiff has not filed objections to the Report and Recommendation.

23        The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge

24   J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find

25   and ORDER:

26

          (1)     The Court adopts the Report and Recommendation;

(2)     The administrative decision is **AFFIRMED**; and

(3)     The Clerk is directed to send copies of this Order to counsel of record.

DATED this 27th day of May, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2