# United States District Court

WESTERN DISTRICT OF WASHINGTON

KELSEY A. DAVIS,

JUDGMENT IN A CIVIL CASE

v.

No. C09-5414 RBL

MICHAEL J. ASTRUE,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The administrative decision is **AFFIRMED**.

|  |  |
|---|---|
| May 28, 2010 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/ Mary Trent* |
|  | Deputy Clerk |